**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mathew A. Cole** | Social Security number or ITIN  **xxx–xx–5151** |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | **Heather J. Cole** | Social Security number or ITIN  **xxx–xx–0548** |
| (Spouse, if filing) | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **17–21158–CMB**

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mathew A. Cole                                       Heather J. Cole
aka Matthew A. Cole                                  fka Heather J. Bloom

7/5/17                                               **By the court:**   Carlota M. Bohm
                                                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                          Case No. 17-21158-CMB
Mathew A. Cole                                                  Chapter 7
Heather J. Cole
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0315-2           User: admin              Page 1 of 2          Date Rcvd: Jul 05, 2017
                               Form ID: 318             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2017.
db/jdb         +Mathew A. Cole,    Heather J. Cole,    1103 Vine Street,    Connellsville, PA 15425-4734
14389054        AES/PHEAA,    P.O. Box 8183,    Harrisburg, PA 17105-8183
14389057        Chase Home Finance,    P.O. Box 24696,    Columbus, OH 43224-0696
14389058       +Citizens One Auto Finance,    Bankruptcy Department,    480 Jefferson Boulevard,
                 Warwick, RI 02886-1359
14389060       +Credit Collections, USA,    16 Distributor Drive--Suite 1,    Morgantown, WV 26501-0121
14389061        Dick's Sporting Goods/Synchrony Bank/ROS,    Attention: Bankruptcy Department,
                 P.O. Box 965060,    Orlando, FL 32896-5060
14389063       +Everett & Hurite Ophthalmic Association,     1835 Forbes Avenue,    Pittsburgh, PA 15219-5835
14389069        PNC Cardmember Services,    P.O. Box 2859,    Kalamazoo, MI 49003-2859
14390154       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14389067        Paine and Spine Specialists of MD,    P.O. Box 16270,    Belfast, ME 04915-4057
14389070        Sam's Club Master Card/Synchrony Bank,    Attention: Bankruptcy Department,    P.O. Box 965060,
                 Orlando, FL 32896-5060
14389071       +Sherrard, German & Kelly,    535 Smithfield Street--Suite 300,    Pittsburgh, PA 15222-2319
14389072       +Southwestern Endoscopy Center,    300 Spring Creek Lane--Lower Level,    Uniontown, PA 15401-9069
14389073       +Southwestern Gastrointestinal Specialist,    300 Spring Creek Lane--Upper Level,
                 Uniontown, PA 15401-9069
14389075       +Zynex Medical,    10000 Park Meadows Drive,    Lone Tree, CO 80124-5453

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 06 2017 01:30:02     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14389055        EDI: CAPITALONE.COM Jul 06 2017 01:23:00     Capital One,   c/o TSYS Total Debt Management,
                 P.O. Box 5155,    Norcross, GA 30091
14389056        EDI: RMSC.COM Jul 06 2017 01:23:00      CareCredit/Synchrony Bank,
                 Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
14389059        E-mail/Text: bankruptcy@clearviewfcu.org Jul 06 2017 01:30:27
                 Clearview Federal Credit Union,    8805 University Boulevard,    Moon Township, PA 15108-2580
14389062        EDI: DISCOVER.COM Jul 06 2017 01:23:00     Discover,    P.O. Box 30421,
                 Salt Lake City, UT 84130-0421
14389064        EDI: FORD.COM Jul 06 2017 01:18:00     Ford Motor Credit Company, LLC,
                 National Bankruptcy Service Center,    P.O. Box 62180,    Colorado Springs, CO 80962
14389065        EDI: RMSC.COM Jul 06 2017 01:23:00      Levin Furniture/Synchrony Bank,    Bankruptcy Department,
                 P.O. Box 965061,    Orlando, FL 32896-5061
14389066        EDI: RMSC.COM Jul 06 2017 01:23:00      Lowe's/Synchrony Bank,    Attn: Bankruptcy Deptartment,
                 P.O. Box 965060,    Orlando, FL 32896-5060
14389068        E-mail/Text: bankruptcynotices@psecu.com Jul 06 2017 01:30:49
                 Pennsylvania State Employees Credit Un.,    1 Credit Union Place,    P.O. Box 67013,
                 Harrisburg, PA 17106-7013
14389074        EDI: WFNNB.COM Jul 06 2017 01:23:00      Victoria's Secret/Comenity Bank,
                 Attn: Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
                                                                                             TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               JPMORGAN CHASE BANK, N.A.
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0315-2              User: admin                 Page 2 of 2                  Date Rcvd: Jul 05, 2017
                                  Form ID: 318                Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
              Charles O. Zebley, Jr.    on behalf of Debtor Mathew A. Cole COZ@Zeblaw.com,  Lori@Zeblaw.com,
               Janet@Zeblaw.com
              Charles O. Zebley, Jr.    on behalf of Joint Debtor Heather J. Cole COZ@Zeblaw.com,
               Lori@Zeblaw.com,Janet@Zeblaw.com
              James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee    robertslone223@gmail.com,  rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                             TOTAL: 5
```