Form 129

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Mathew A. Cole**
**aka Matthew A. Cole**
**Heather J. Cole**
**fka Heather J. Bloom**
   Debtor(s)

Bankruptcy Case No.: 17–21158–CMB

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

   Robert H. Slone, Trustee is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: July 26, 2017

<u>Carlota M. Bohm</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 17-21158-CMB
Mathew A. Cole                                                  Chapter 7
Heather J. Cole
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: admin              Page 1 of 1              Date Rcvd: Jul 26, 2017
                             Form ID: 129             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.
db/jdb         +Mathew A. Cole,    Heather J. Cole,    1103 Vine Street,    Connellsville, PA 15425-4734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2017 at the address(es) listed below:
```
              Charles O. Zebley, Jr.    on behalf of Debtor Mathew A. Cole COZ@Zeblaw.com,   Lori@Zeblaw.com,
               Janet@Zeblaw.com
              Charles O. Zebley, Jr.    on behalf of Joint Debtor Heather J. Cole COZ@Zeblaw.com,
               Lori@Zeblaw.com,Janet@Zeblaw.com
              James  Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee    robertslone223@gmail.com,   rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                             TOTAL: 5
```